## A01A1188. BALBOSA v. THE STATE.
(581 SE2d 402)

SMITH, Chief Judge.

In our unpublished opinion in *Balbosa v. State*, 250 Ga. App. XXV (July 25, 2001), we agreed with Balbosa that the State did not meet its burden of showing a valid waiver of the right to a jury trial. We applied a harmless error analysis, however, to affirm Balbosa's conviction because we found that the evidence was overwhelming. The Supreme Court granted certiorari and, in *Balbosa v. State*, 275 Ga. 574 (571 SE2d 368) (2002), agreed that Balbosa had not made a valid waiver of his right to a jury trial. The Supreme Court reversed his conviction, however, relying upon recent United States Supreme

Court cases as well as Ninth Circuit and California state cases to conclude that a harmless error analysis may not be applied to jury trial waiver.

Accordingly, our decision in *Balbosa v. State* is hereby vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is reversed.

*Judgment reversed. Barnes and Phipps, JJ., concur.*

DECIDED APRIL 15, 2003.

*William J. Mason*, for appellant.

*J. Gray Conger, District Attorney, Melvin E. Hyde, Jr., Assistant District Attorney*, for appellee.

